In The United States District Court For The District of Kansas

Roy Dale Banks

vs

Joy Spilker, et al

Civil No. 02-3322-GTV


FILED
DEC - 6 2002
RALPH L. DeLOACH, Clerk
By _____ Deputy

Motion To Amend

This matter comes before the Court in Furtherance of a Court order dated 21st of Nov. 2002. by Honorable G. T. VanBebber, United States District Judge.

1. Remedy has been exhausted. (See Exhibit D)

2. Joy Spilker conspired with officer Fryhoff and another officer, John Doe to have this prisoners religious text confiscated in violation of his First Amendment Right to Freedom of religion. (See Exhibit C)

3. William L. Cummings, Secretary of Corrections Designee. has acquiesced to deprivation. (See Exhibit D)

4. (L.E. Bruce, Dismiss due to no longer acting warden) Add, Charles E. Simmons, has acquiesced to this deprivation.

5

5. Chaplain George Whitfield has acquiesced to this deprivation. (See Exhibit A1) He has preffered to "Loan" a text to Jewish prisoners and provide "Free" bibles to other religions.

6. Chaplain Dow, (See Exhibit A-A1) has acquiesced to this deprivation. Preffered to "Loan" a religious text than to provide a "Free" text as others have that privilege.

7. John Doe, Provided information to Fryhoff for the actual confiscation, has acquiesced to this deprivation.

8. Fryhoff, was actual confiscator (See Exhibit C) has acquiesced to this deprivation.

9. Julie St. Peter, was apprised of this confiscation and other religious matters pursuant to this complaint. (See Exhibit J).

10. John or Jane Doe #2, has acquiesced to this deprivation. (See Exhibit H) illegible name.

11. U.T. Kaufman, has acquiesced to deprivation (See Exhibit

B),

"All of the aforementioned participated or acquiesced in the constitutional deprivation."

Respectfully
Roy Dale Banks

12. Department of Corrections thru the State of Kansas has agreed, acquiesced to the use of only Christian chaplains all in favor of establishing Christian beliefs and practices in full neglect of the Jewish religion to offer at states expense the benefit of a rabbi for prisoners of Jewish faith. (See Exhibits A-A1).

Respectfully
Roy Dale Banks

Certificate of Service
Amendation to original pleading by order of the court. Service has yet to be determined.

*Exhibit OO-03*

# Grievance-Response on Appeal

**FACILITY:** El Dorado Correctional Facility

**INMATE:** Banks, Roy D # 36264

**GRIEVANCE NO.:** CA00010512

**DATE:** November 14, 2002

### FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

### CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate.

### ACTION TAKEN

None further.

_____
William L. Cummings
**SECRETARY OF CORRECTIONS DESIGNEE**

WLC:slf
cc:   Warden-w/attachments
      Grievance File-w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on **NOV 15 2002**

# APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

01

Inmate Name: BANKS, Ray D          Facility: LDCF

Inmate Number: _____      Grievance Serial No. #10512

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:  Secretary of Corrections          Date Mailed: 10-16-02
          Landon State Office Building
          900 Jackson, 4th Floor
          Topeka, Kansas 66612

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) Reverse; declare that this process runs afoul of inmate constitutional rights of the eighth amendment. Inmate has an unfettered right to access to outside recreation when he is on 24 hrs segregation 365 days of the year. (long term).

_Ray D. Banks 36204_
Signature of Inmate

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned within 20 days)
If applicable - Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____     Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**
Type of Response (Item 6b: Code  Ø1, Ø2, Ø8 or Ø9) ____

*Received OCT 18 2002 DOC Facility Management*

DC Ø9Ø, Effective May 1, 1988

P-157a

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

### INMATE COMPLAINT

Inmate's Name: BANKS Roy    Number: 36264
Facility: EDCF    Housing Unit: A2/01    Work Detail: ___

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). Comes Now this prisoner challenges imposition of a medically imposed "Yard Restriction" due to a signal medical assist. This restriction is in violation of the eight amendment to the constitution. This restriction is not medically supported. This restriction is to Intimidate, harass, Antagonize. Further, it is punishment for use of a medical tool of Assistance.

Date this report was given to Unit Team for informal resolution (to be completed by inmate): 9-10-02

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)
The yard restriction is to assure your safety. In the event a condition medical is called in the segregation yard - access is difficult.

Unit Team Signature: [signature]    Date: 10-4-02

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

___ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

X   I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). ___

Inmate Signature: Roy Dale Banks 36264    Date: 10-4-02

**WARDEN RESPONSE** (Complete, attach response and return within 10 calendar days.)
Date Received: 10·9    Date of Final Answer: 10·10    Date Returned to Inmate: 10·15

Inmate's Signature ___ Date ___ Unit Team Signature ___ Date ___

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number: 00010512
Type of Complaint (Item 4: Code 01-75): 02
Cause of Complaint (Item 5: Code 01-30): 07



KANSAS DEPARTMENT OF CORRECTIONS

INTERDEPARTMENTAL MEMORANDUM

"A Safer Kansas Through Effective Correctional Services"

**TO:** Banks, Roy
#36264 A2-101

**DATE:** October 10, 2002

**SUBJECT:** Grievance #10512

**FROM:** Charles E. Simmons, Warden
El Dorado Correctional Facility

Your grievance dated October 4, 2002 was received in my office on October 9, 2002. Prison Health Services' response provides a reasonable explanation concerning the issues you raised. As such, I concur with the response and no further action is necessary.

Charles E. Simmons, Warden
El Dorado Correctional Facility

MAN:TLS

cc:   File

Mr. Roydal Bomla #36264
P.O. Box 311
Eldorado Kansas 67042

RECEIVED
DEC 6 2002
CLERK, U.S. DIST. COURT
TOPEKA, KANSAS

U.S. District Court
444 S.E. Quincy
Topeka Kansas 66683